STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
4424 Bellingham Avenue
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com

*Attorneys for Plaintiff Ruben Sanchez*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ruben Sanchez,<br><br>Plaintiff,<br><br>v.<br><br>Adir International, LLC, et al.,<br><br>Defendants. | Case No.: 2:22-cv-02041-SB-SK<br><br>**NOTICE OF SETTLEMENT AS TO ENTIRE CASE**<br><br>Judge:   Hon. Stanley Blumenfeld |

**NOTICE OF SETTLEMENT AS TO ENTIRE CASE**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

   The Plaintiff, RUBEN SANCHEZ, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with Adir International, LLC ("Adir"), the remaining active Defendant in this matter. As such, this matter is now settled as to all Defendants and the entire case.

   The settlement with Adir is conditioned upon certain future performances by this Defendant. Upon completion of said performances by Adir, Plaintiff intends to file a dismissal as to Adir.

   Plaintiff thanks the honorable Court for its attention to this matter.

Dated: April 20, 2022

                             __/s/_Stanley R. Apps_____
                             Stanley R. Apps
                             *Attorneys for Plaintiff*